**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JACQUELINE ALLEN**                                                **PLAINTIFF**

**V.**                                **CIVIL ACTION NO. 3:21-CV-597-HTW-FKB**

**KILOLO KIJAKAZI, ACTING COMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball. Said document was filed on November 28, 2022 [**Docket no. 18**]. To date, no party has filed any objections to the Report and Recommendation of the United States Magistrate Judge. Based upon the evidence and legal authority therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 18]** is hereby **ADOPTED** as the order of this Court.

Accordingly, the decision of the Social Security Commissioner hereby is reversed and that this matter is REMANDED to the Administrative Law Judge for further proceedings, including a determination as to whether Plaintiff has any past relevant work.

**SO ORDERED AND ADJUDGED this the 29th day of December, 2022.**

                                                  **/s/HENRY T. WINGATE`**
                                                  **UNITED STATES DISTRICT COURT JUDGE**